# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**Megan Doyle**
Plaintiff(s)

vs. **CASE NUMBER: 1:26-CV-407 (ML)**

**Commissioner of Social Security**
Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable **Miroslav Lovric**, dated October 21, 2026.

DATED: October 21, 2026

Clerk of Court

s/
Jennifer Kolut
Deputy Clerk